AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Michael Snow, Jr. | ) Case: 1:24-mj-00375 |
| DOB: XXXXXX | ) Assigned To : Sharbaugh, Matthew J. |
|  | ) Assign. Date : 12/6/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of    July 24, 2024    in the county of _____ in the
_____ in the District of    Columbia   , the defendant(s) violated:

*Code Section*                                         *Offense Description*

18 U.S.C. § 1361 (Willfully Injuring or Depredating Any Property of the United States in an Amount Less Than $1,000).

This criminal complaint is based on these facts:
See attached statement of facts.

☒ Continued on the attached sheet.

[signature redacted]

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:    12/06/2024

*Judge's signature*

City and state:    Washington, D.C.              Matthew J. Sharbaugh, U.S. Magistrate Judge

*Printed name and title*