AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Michael Snow, Jr. | )<br>)  Case: 1:24-mj-00375<br>)  Assigned To : Sharbaugh, Matthew J.<br>)  Assign. Date : 12/6/2024<br>)  Description: COMPLAINT W/ARREST WARRANT<br>)<br>) |
| *Defendant* | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Michael Snow, Jr. _____ ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☒ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1361 (Willfully Injuring or Depredating Any Property of the United States in an Amount Less Than $1,000).

Digitally signed by
Matthew J. Sharbaugh
Date: 2024.12.06 11:58:09
-05'00'

Date:    _____12/06/2024_____                                                _____
                                                                                              *Issuing officer's signature*

City and state:    _____Washington, D.C._____                     Matthew J. Sharbaugh, U.S. Magistrate Judge
                                                                                              *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* **06 DEC 24** , and the person was arrested on *(date)* **12/10/24**<br>at *(city and state)* **CARY, NC** .                                                                                  **7:10 AM**<br><br>Date: **12/10/24**                          _____<br>                                                              *Arresting officer's signature*<br><br>                                            **BRIAN HOCK, SPECIAL AGENT FBI**<br>                                                              *Printed name and title* |